ERIC GRANT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Email: jeffrey.lodge@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK VALINE,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | CASE NO. 2:25-CV-02395-SCR<br><br>**MOTION FOR A CONTINUANCE OF DEADLINE TO RESPOND TO THE COMPLAINT AND SCHEDULE CASE IN LIGHT OF LAPSE OF APPROPRIATIONS AND [PROPOSED] ORDER** |

　　　　The United States, Defendant, and Mark Valine, Plaintiff, by and through their respective counsel of record here by stipulate to the extension of time for the Defendant to respond to the complaint and consult regarding scheduling in the above-captioned case.

　　　　1.　　At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

　　　　2.　　Absent an appropriation or continuing resolution, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases.

　　　　3.　　Undersigned counsel for the Department of Justice therefore requests and, counsel for Plaintiff agrees to an extension of the time to reply/respond to Plaintiff's Complaint and schedule the case until Congress has restored appropriations to the Department.

STIPULATION FOR EXTENTION OF TIME FOR
DEFENDANT TO REPLY AND RESPOND

1

4. If this request is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department or enacted a continuing resolution. Subsequent to restored appropriations, counsel may also need to request extensions on other impacted deadlines.

Therefore, the parties hereby stipulate and request that the court order as follows:

(a) Defendant United States shall answer or otherwise respond to the Complaint no later than thirty (30) days after appropriations for DOJ are restored and DOJ civil attorneys are permitted to resume their usual litigation functions.

(b) Within fourteen (14) days after the answer is filed, the parties shall file a joint status report proposing case scheduling deadlines under Rule 16.

(c) This stipulation does not waive any party's rights, claims, defenses, or objections, and is without prejudice to Plaintiff's right to seek appropriate relief if Defendant fails to comply with the extended deadline.

Respectfully submitted,

Dated: October 30, 2025

ERIC GRANT
United States Attorney

By: /s/ Jefffrey J. Lodge

JEFFREY J. LODGE
Assistant United States Attorney
Attorneys for the United States

Dated: October 30, 2025

DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

By: [approved 10.30.2025]

/s/ *Nolan R. Jones*
Nolan R. Jones
Attorney for Plaintiff Mark Valine

STIPULATION FOR EXTENTION OF TIME FOR DEFENDANT TO REPLY AND RESPOND

2

**[PROPOSED] ORDER**

Good cause being established, the stipulation for extension of time is granted. Defendant United States shall answer or otherwise respond to the Complaint no later than thirty (30) days after appropriations for DOJ are restored and DOJ civil attorneys are permitted to resume their usual litigation functions. Within fourteen (14) days after the answer is filed, the parties shall file a joint status report proposing case scheduling deadlines under Rule 16.

IT IS SO ORDERED.

Dated: October 31, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE